UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                          CASE NO. 08-30519-PNS3
                                                CHAPTER 13
JOHN D. MILLWARD
LAURI L. MILLWARD

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL/ASHLEY FURNITURE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381538 in the amount of 39.77 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF THE CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JOHN D. MILLWARD<br>LAURI L. MILLWARD<br>2011 CANDLEWOOD DR<br>NAVARRE, FL 32566 | CITIFINANCIAL/ASHLEY FURNITURE<br>P.O. BOX 15630 DEPT. 3<br>WILMINGTON, DE 19850 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF CHAPTER 13 TRUSTEE

11/30/2009  2:47 pm / CR_213