```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      PENSACOLA DIVISION
```

IN RE:                                CASE NO. 08-30519-PNS3
                                      CHAPTER 13
JOHN D. MILLWARD
LAURI L. MILLWARD

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL/ASHLEY FURNITURE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385131 in the amount of 39.77 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
JOHN D. MILLWARD              CITIFINANCIAL/ASHLEY FURNITURE
LAURI L. MILLWARD             P.O. BOX 15630 DEPT. 3
2011 CANDLEWOOD DR            WILMINGTON, DE 19850
NAVARRE, FL  32566

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
1/29/2010 11:39 am / CR_213        OFFICE OF CHAPTER 13 TRUSTEE
```